CROWN POINT IRON CO., Respondent, v. HAMBURG-BREMEN INS. CO. SAME v. ÆTNA INS. CO. SAME v. BOATMAN'S FIRE & MARINE INS. CO. SAME v. LANCASHIRE INS. CO. SAME v. PENNSYLVANIA INS. CO. SAME v. PEOPLE'S INS. CO.

*(Supreme Court, General Term, Third Department. September 21, 1889.)*

Argued before LEARNED, P. J., and LANDON and PUTNAM, JJ.

No opinion. Certified to court of appeals. For former report, see 6 N. Y. Supp. 602.

---

FINLAY, Appellant, v. CHAPMAN, Respondent.

*(Supreme Court, General Term, Third Department. September 21, 1889.)*

Argued before LEARNED, P. J., and LANDON and PUTNAM, JJ.

No opinion. Order affirmed with $10 costs and printing disbursements.

---

HILLIKER et al., Respondents, v. BENNETT, Appellant.

*(Supreme Court, General Term, Third Department. September 21, 1889.)*

Argued before LEARNED, P. J., and LANDON and PUTNAM, JJ.

No opinion. Order affirmed, with $10 costs and printing disbursements.

---

KRAMRATH, Respondent, v. CITY OF ALBANY, Appellant.

*(Supreme Court, General Term, Third Department. September 21, 1889.)*

Argued before LEARNED, P. J., and LANDON and PUTNAM, JJ.

No opinion. Certified to court of appeals. For former report, see 6 N. Y. Supp. 54.

---

LADD, Respondent, v. FRENCH, Appellant.

*(Supreme Court, General Term, Third Department. September 21, 1889.)*

Argued before LEARNED, P. J., and LANDON and PUTNAM, JJ.

No opinion. Motion for leave to go to court of appeals denied. For former report, see 6 N. Y. Supp. 56.

---

PEOPLE ex rel. WARREN et al., Respondents, v. ASSESSORS OF TROY, Appellants, (two cases.)

*(Supreme Court, General Term, Third Department. September 10, 1889.)*

Argued before LEARNED, P. J., and LANDON and PUTNAM, JJ.

No opinion. Order affirmed in each case, with $50 costs and disbursements.

---

SANFORD et al., Respondents, v. McDONALD et al., Appellants.

*(Supreme Court, General Term, Third Department. September 21, 1889.)*

Argued before LEARNED, P. J., and LANDON and PUTNAM, JJ.

No opinion. Motion for leave to go to court of appeals denied. For former report, see 6 N. Y. Supp. 613.